844

No. 1286, Misc. HÖLTZ v. CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 1278, Misc. JAMES v. MAXWELL, WARDEN. Supreme Court of Ohio. Certiorari denied.

No. 1288, Misc. HOLT v. WISCONSIN. Supreme Court of Wisconsin. Certiorari denied. *Sherwood Slate* for petitioner. *George Thompson,* Attorney General of Wisconsin, *Harold H. Persons, William A. Platz* and *John H. Bowers,* Assistant Attorneys General, and *William J. McCauley* for respondent.

No. 1289, Misc. SCOTT v. DISTRICT OF COLUMBIA. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Richard J. Scupi, Hal Witt* and *James H. Heller* for petitioner. *Chester H. Gray, Milton D. Korman, Hubert B. Pair* and *John R. Hess* for respondent.

No. 1290, Misc. COLLIER v. UNITED STATES. C. A. 7th Cir. Certiorari denied. *Charles B. Evins* for petitioner. *Solicitor General Cox* for the United States.

No. 1292, Misc. RUCKER v. MYERS, WARDEN. C. A. 3d Cir. Certiorari denied. *Stanford Shmukler* for petitioner.

No. 1294, Misc. CLAY v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 1303, Misc. ORTEGA v. HEINZE, WARDEN. Supreme Court of California. Certiorari denied.